UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN-ELEXIA SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UPS,<br><br>　　　　Defendant. | Case No. 20-cv-04606-SK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Regarding Docket No. 35 |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and cost.

/ / /

**DATED:** March 8, 2021　　　　　　　　　**MAYALL HURLEY P.C.**

　　　　　　　　　　　　　　　　　　　By   */s/ Nicholas F. Scardigli*
　　　　　　　　　　　　　　　　　　　　　NICHOLAS F. SCARDIGLI
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　EDEN-ELEXIA SMITH


**DATED:** March 8, 2021　　　　　　　　　**DINSMORE & SHOHL LLP**

　　　　　　　　　　　　　　　　　　　By   */s/ Michael B. Mattingly*
　　　　　　　　　　　　　　　　　　　　　Heather N. Stone
　　　　　　　　　　　　　　　　　　　　　Michael B. Mattingly
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　UPS

**ORDER**

The stipulation is HEREBY GRANTED.  The entire action, including all claims and counterclaims stated herein against all parties, is DISMISSED with prejudice.  The Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated: March 9, 2021



SALLIE KIM
United States Magistrate Judge

2